■ FRANK DeLEONARDIS, Appellant, v EFG PLUMBING & HEATING CORP., Respondent. [636 NYS2d 619] —Judgment, Supreme Court, Bronx County (Joseph DiFede, J.), entered July 26, 1993, after nonjury trial, which awarded plaintiff the principal sum of $9,520, unanimously modified, on the law, to the extent of awarding plaintiff prejudgment interest from November 7, 1988, and otherwise affirmed, without costs.

Plaintiff, as the prevailing party in this breach of contract action, is entitled to prejudgment interest from November 7, 1988, the date the trial court determined the cause of action accrued (CPLR 5001 [a], [b]; *Matter of Solow v Wellner*, 86 NY2d 582, 589-590). The balance of plaintiff's arguments, however, are unpersuasive as the record supports the trial court's resolution of credibility issues and we see no reason to disturb its findings. Concur—Wallach, J. P., Kupferman, Ross, Williams and Tom, JJ.

■ In the Matter of the Custody of RYAN M., an Infant. MIRIAM P., Appellant; CHARLES M., Respondent. [636 NYS2d 17] —Order, Family Court, Bronx County (Rhoda Cohen, J.), entered November 23, 1993, which awarded custody of the subject child to respondent father, unanimously affirmed, without costs.

The Family Court properly awarded custody of the child to the father on the basis of evidence that the child was more stable with the father than the mother (see, *Friederwitzer v Friederwitzer*, 55 NY2d 89). We note the mother was unable to physically control the child and stop his fighting with his older half-brother, and that the father promised to cooperate in the child's therapy and counseling. Concur—Wallach, J. P., Kupferman, Ross, Williams and Tom, JJ.